# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-11556

_____

ISAAC PAYNE,

                                                 Plaintiff-Appellant,

*versus*

SAVANNAH COLLEGE OF ART AND DESIGN, INC.,

                                                 Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:20-cv-05000-JPB

_____

ORDER:

2                            Order of the Court                        22-11556

The unopposed motion for extension of time to file petition for rehearing en banc is GRANTED.

Appellant's petition for rehearing en banc is due on or before October 23, 2023.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION